# EXHIBIT 6

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE 06/19/03 | | DEPT. 78 |
| HONORABLE LAURIE D. ZELON JUDGE | KIM SILVY | DEPUTY CLERK |
| HONORABLE #4 JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| C. ESPINISA C/A Deputy Sheriff | JOAN WHIPPLE #5336 | Reporter |

| 8:30 am | BC250869<br><br>WILLIAM PETER BLATTY<br>VS<br>WARNER BROS INC<br><br>170.6 WASSERMAN | Plaintiff<br>Counsel<br><br>Defendant<br>Counsel | JACQUELINE BROWN (X)<br>LAWRENCE ISER (X)<br><br>MICHAEL BERGMAN (X)<br>DAVID BURG (X) |

**NATURE OF PROCEEDINGS:**

DEMURRER BY DEFENDANT WARNER BROS., A DIVISION OF TIME WARNER ENTERTAINMENT COMPANY, L.P., TO PLAINTIFFS' THIRD AMENDED COMPLAINT;

MOTION BY THE ABOVE-STATED DEFENDANT TO STRIKE PORTIONS OF PLAINTIFFS' THIRD AMENDED COMPLAINT;

CC: John Schulmz

Motions come on for hearing and are argued.

The motions are taken under submission.

Later: In this matter previously taken under submission the Court now rules as follows:

Warner Brothers demurs to the Fifth Cause of Action of the Third Amended Complaint in this matter, asserting that plaintiffs have not cured the deficiencies in their allegations of a fiduciary relationship that caused the Motion For Judgement on the Pleadings to be granted in March, 2003. Plaintiffs had asserted, in papers filed with the Court for that hearing, that they could allege the existence of a joint venture, and that the relationship between plaintiff Blatty and defendant, as co-tenants of the copyright, created a fiduciary duty. After argument, the Court granted the motion for judgement on the pleadings, and gave plaintiffs leave to amend to "allege facts, if any, regarding a purported confidential or fiduciary relationship with Warner Brothers, a joint venture

Page   1 of   4   DEPT. 78

MINUTES ENTERED
06/19/03
COUNTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE 06/19/03 | DEPT. 78 |
| HONORABLE LAURIE D. ZELON   JUDGE | KIM SILVY   DEPUTY CLERK |
| HONORABLE #4                 JUDGE PRO TEM | ELECTRONIC RECORDING MONIT |
| C. ESPINISA C/A   Deputy Sheriff | JOAN WHIPPLE #5336   Reporter |

| | | |
|---|---|---|
| 8:30 am | BC250869 | Plaintiff Counsel: JACQUELINE BROWN (X)  LAWRENCE ISER (X) |
| | WILLIAM PETER BLATTY VS WARNER BROS INC | Defendant Counsel: MICHAEL BERGMAN (X)  DAVID BURG (X) |
| | 170.6 WASSERMAN | |

**NATURE OF PROCEEDINGS:**

with Warner Brothers, any employment relationship between Plaintiff or Plaintiffs and Warner Brothers"

The Third Amended Complaint, at issue in this motion, makes no no agency allegations, and re-alleges, using different language, the co-ownership of the copyright. The new complaint does not allege a joint venture or joint enterprise between the parties. Rather, as before, plaintiffs allege contractual relationships in which all rights of distribution were retained by Warner Brothers at all relevant times and profit percentages were allocated to plaintiffs.

In opposition to the demurrer, plaintiffs argue that the allegaton of the co-tenancy establishes a fiduciary relationship as to plaintiff Blatty. This issue was placed before the Court previously, citing the same authority, in opposition to the prior motion. If the Court had viewed the cited law as basis for finding a fiduciary duty, this finding would have defeated the prior motion as to plaintiff Blatty. Thus, this issue was necessarily heard and decided adversely to plaintiff Blatty in March.

Plaintiffs next assert that the remaining allegations are sufficient to allege a fiduciary relationship, not withstanding the ruling in WOLF V. SUPERIOR COURT (2003)107 Cal. App.4th 25. Plaintiffs, at argument, concede that WOLF is governing law, but argue that the factual allegations of paragraph 42 of the new complaint establish a set of relationships distinguish-

MINUTES ENTERED
06/19/03
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE 06/19/03 | DEPT. 78 |
| HONORABLE LAURIE D. ZELON   JUDGE | KIM SILVY   DEPUTY CLERK |
| HONORABLE #4 . JUDGE PRO TEM | ELECTRONIC RECORDING MONIT( |
| C. ESPINISA C/A   Deputy Sheriff | JOAN WHIPPLE #5336   Reporter |

| 8:30 am | BC250869 | Plaintiff Counsel | JACQUELINE BROWN (X) |
| | WILLIAM PETER BLATTY | | LAWRENCE ISER (X) |
| | VS | Defendant Counsel | MICHAEL BERGMAN (X) |
| | WARNER BROS INC | | DAVID BURG (X) |
| | 170.6 WASSERMAN | | |

**NATURE OF PROCEEDINGS:**

able from the facts in WOLF.

With the exception of the agency allegation of paragraph 42(e), previously alleged and rejected as an insufficient basis to establish the alleged fiduciary relationship ( Second Amended Complaint,42(a), all of the allegations of the paragraph are directly analogous to the circumstances adressed in Wolf, including defendent's entitlement to exploit the rights and distribute the product, the trust placed by plaintiffs in the defendant to do so, the defendants control of the accounting and distribution of the profits, and the necessity, under the contracts, that plaintiffs' impose trust and confidence in the defendants to to carry out those contracts. Plaintiffs' argument that there are facts alleged supporting the existence of a fiduciary relationship, in addition to the contractual relationship, is inconsistant with Wolf.

The demurrer is therefore sustained without leave to amend and the motion to strike is granted.

Defendant to give notice.

A copy of this minute order is sent 06-24-03 via U.S. Mail to the following:

JACQUELINE C. BROWN
1900 AVENUE OF THE STARS
21st FLOOR
LOS ANGELES,CA 90067

MINUTES ENTERED
06/19/03
COUNTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE 06/19/03 | | DEPT. 78 |
| HONORABLE LAURIE D. ZELON  JUDGE | KIM SILVY | DEPUTY CLERK |
| HONORABLE #4   JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| C. ESPINISA C/A  Deputy Sheriff | JOAN WHIPPLE #5336 | Reporter |

| 8:30 am | BC250869 | Plaintiff Counsel | JACQUELINE BROWN (X) LAWRENCE ISER (X) |
|---|---|---|---|
| | WILLIAM PETER BLATTY VS WARNER BROS INC | Defendant Counsel | MICHAEL BERGMAN (X) DAVID BURG (X) |
| | 170.6 WASSERMAN | | |

NATURE OF PROCEEDINGS:

LAWRENCE ISER
1900 AVENUE OF THE STARS
21st FLOOR
LOS ANGELES, CA 90067

MICHAEL BERGMAN
9665 WHILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212-2345

DAVID BURG
9665 WHILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212-2345

Page 4 of 4   DEPT. 78

MINUTES ENTERED
06/19/03
COUNTY CLERK