CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
  *caldwell@caldwell-leslie*.com
LINDA M. BURROW, State Bar No. 194668
  *burrow@caldwell-leslie.com*
JEFFREY M. HAMMER, State Bar No. 264232
  *hammer@caldwell-leslie.com*
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant
WARNER BROS. ENTERTAINMENT INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WILLIAM PETER BLATTY,<br><br>  Plaintiff,<br><br>  v.<br><br>WARNER BROS. ENTERTAINMENT INC., a Delaware Corporation,<br><br>  Defendant. | Case No. CV 10-6611-SJO (VBKx)<br><br>Honorable S. James Otero<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER**<br><br>Trial Date:     March 20, 2012 |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | A stipulation for protective order ("Stipulation") between Plaintiff William |
| 3 | Peter Blatty and Defendant Warner Bros. Entertainment Inc. (collectively as the |
| 4 | "Parties") is before the Court. The Court, having read the Stipulation, and good |
| 5 | cause appearing therefore, |
| 6 | **IT IS HEREBY ORDERED** that the Parties' Stipulation is GRANTED. |
| 8 | IT IS SO ORDERED. |
| 10 | DATED: June 7, 2011 |
| 11 | By:_____/s/_____ |
| 12 | Honorable Victor B. Kenton |
| 13 | United States Magistrate Judge |

CALDWELL LESLIE & PROCTOR

ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER